UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JAIME CERRILLO-RENDON,<br><br>                    Defendant. | CASE NO. 14CR3585-WQH<br><br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case 15CR0496-WQJ against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

    21:952 and 960 - Importation of Cocaine and Methamphetamine (Felony)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/06/2015

                                        _Barbara L. Major_
                                        Barbara L. Major
                                        U.S. Magistrate Judge